Rebecca J. Hozubin
Wilkerson Hozubin
310 K Street, Suite 405
Anchorage, AK 99501
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: rebecca@wilkersonlaw.net
AK Bar #9806016

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DEBORAH IVY and DEBORAH IVY, LLC, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| STONINGTON INSURANCE COMPANY, STONINGTON INSURANCE COMPANY INC., MATTEI INSURANCE SERVICES, INC., ECONOMICAL INSURANCE GROUP; NORTH STAR UNDERWRITING MANAGERS, INC., R.F. MATTEI & ASSOCIATES, INC., R.F. MATTEI & ASSOCIATES (ALASKA) INC., THE MATTEI COMPANIES, LLC; THE MATTEI COMPANIES, ACCORDIA, ACCORDIA OF ALASKA, INC., WELLS FARGO INSURANCE SERVICES OF ALASKA, INC., WELLS FARGO INSURANCE, INC., WELLS FARGO INSURANCE SERVICES USA, INC., GLENCOE-GROUP, GLENCOE INSURANCE, LTD., LANTANA INSURANCE LTD., STONINGTON LLOYDS INSURANCE COMPANY; GLENCOE GROUP CLAIMS MANAGEMENT INC.; RENRE NORTH AMERICA, INC., CLAIMS MANAGEMENT, INC.; RENAISSANCERE HOLDINGS LTD.; DAVINCE RE; RENRE ENERGY ADVISORS; RENRE INSURANCE; RENAISSANCERE SYNDICATE 1458; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

WILKERSON
HOZUBIN
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

```
TOP LAYER RE; WEATERPREDICT    )
CONSULTING; RENRE INSURANCE    )
UNDERWRITERS INC.; JOHN DOES   )
I THROUGH X,                   )
                               )
        Defendants.            )
_____)   Case No. Case No. 3:11-cv-_____
```

## NOTICE OF REMOVAL

Defendant/removing party, Mattei Insurance Services, Inc., through its attorneys, Wilkerson Hozubin, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446-48, hereby files its Notice of Removal of the above-entitled action.

1. On June 30, 2010, plaintiffs commenced the above-entitled action against defendants in the Superior Court for the State of Alaska, Third Judicial District, Case Number 3AN-10-8720 Civil. Mattei Insurance Services, Inc. was notified of the lawsuit when various "Mattei" enterprises were served with a respective Summons and Complaint on April 5, 2011, as set forth in plaintiffs' Affidavit of Service.

2. Copies of process and the Affidavit of Service (Exhibit A) and the Complaint (Exhibit B) in the Superior Court are filed herewith pursuant to 28 U.S.C. §1446(a).

3. Pursuant to 28 U.S.C. §1332(a)(1), Federal District Courts "have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000,

**WILKERSON HOZUBIN**
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

Ivy et al. v. Stonington et al.
Notice of Removal
Page 2 of 9
Case 3:11-cv-00097-JWS   Document 1   Filed 05/04/11   Page 2 of 9

exclusive of interest and costs, and is between citizens of different states."

4. For the purposes of determining diversity, "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business." 28 U.S.C. §1332(c)(1); see also, Fifty Assoc. v. Prudential Ins. Co. of Am., 446 F.2d 1187, 1190 (9th Cir. 1970). Individuals are deemed to be citizens of the State of their domicile. Law v. Moss, 797 F.2d 747, 749 (9th Cir. 1986).

5. Plaintiff, Deborah Ivy, is a resident of the State of Alaska and is, therefore, deemed to be a citizen of Alaska. Plaintiff, Deborah Ivy, LLC, is a limited liability company formed and existing under the laws of the State of Alaska, with its principal place of business in Alaska, and is, therefore, deemed to be a citizen of Alaska.

6. Defendant, Mattei Insurance Services, Inc., is a corporation incorporated and existing under the laws of the State of Washington, with its principal place of business in the State of Washington, and is, therefore, deemed to be a citizen of Washington.

7. Defendant, Stonington Insurance Company, is a corporation incorporated and existing under the laws of the State

WILKERSON
HOZUBIN
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

Ivy et al. v. Stonington et al.
Notice of Removal
Page 3 of 9
Case 3:11-cv-00097-JWS   Document 1   Filed 05/04/11   Page 3 of 9

of Texas, with its principal place of business in the State of Texas, and is, therefore, deemed to be a citizen of Texas.

8. Defendant, Stonington Insurance Company, Inc., is not a valid entity.

9. Economical Insurance Group is not a valid entity. It is a trade name.

10. North Star Underwriting Managers, Inc. no longer exists and is, therefore, not a valid entity.

11. R.F. Mattei & Associates, Inc. is a dormant corporation that is not involved in this litigation. Regardless of the same, the corporation is incorporated and existing under the laws of the State of Washington and is, therefore, deemed to be a citizen of Washington.

12. R.F. Mattei & Associates (Alaska) Inc. is a dormant corporation that is not involved in this litigation. Regardless of the same, the corporation is incorporated and existing under the laws of the State of Washington, and is, therefore, deemed to be a citizen of Washington.

13. The Mattei Companies, LLC. no longer exists and is, therefore, not a valid entity.

14. The Mattei Companies is not a valid entity.

**WILKERSON HOZUBIN**
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

Ivy et al. v. Stonington et al.
Notice of Removal
Page 4 of 9
Case 3:11-cv-00097-JWS   Document 1   Filed 05/04/11   Page 4 of 9

15. Upon information and belief, "Accordia" is meant to be "Acordia," and is not a valid entity. It is a trade name, if that.

16. Upon information and belief, "Accordia of Alaska Inc.," meant to be "Acordia of Alaska, Inc.," no longer exists. Upon information and belief, Acordia of Alaska, Inc. changed its name to Wells Fargo Insurance Services of Alaska, Inc. on or about November 13, 2006. Upon information and belief, Wells Fargo Insurance Services of Alaska, Inc. merged with Wells Fargo Insurance Services USA, Inc. on January 1, 2010, prior to the underlying suit being filed. Wells Fargo Insurance Services USA, Inc. is owned by Wachovia Corporation, a corporation incorporated and existing under the laws of the State of North Carolina, with its principal place of business in the State of North Carolina, and is, therefore, deemed to be a citizen of North Carolina.

17. Upon information and belief, Wells Fargo Insurance Services of Alaska, Inc. no longer exists. Upon information and belief, Wells Fargo Insurance Services of Alaska, Inc. merged with Wells Fargo Insurance Services USA, Inc. on January 1, 2010, prior to the underlying suit being filed. Upon information and belief, Wells Fargo Insurance Services USA, Inc. is owned by Wachovia Corporation, a corporation incorporated and existing under the laws of the State of North Carolina, with its principal

WILKERSON HOZUBIN
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

Ivy et al. v. Stonington et al.
Notice of Removal
Page 5 of 9
Case 3:11-cv-00097-JWS   Document 1   Filed 05/04/11   Page 5 of 9

place of business in the State of North Carolina, and is, therefore, deemed to be a citizen of North Carolina.

18. Upon information and belief, Wells Fargo Insurance, Inc. is a corporation incorporated and existing under the laws of the State of Minnesota, with its principal place of business in the State of Minnesota, and is, therefore, deemed to be a citizen of Minnesota.

19. Upon information and belief, Wells Fargo Insurance Services USA, Inc. is owned by Wachovia Corporation, a corporation incorporated and existing under the laws of the State of North Carolina, with its principal place of business in the State of North Carolina, and is, therefore, deemed to be a citizen of North Carolina.

20. Glencoe-Group is not a valid entity. It is a trade name.

21. Upon information and belief, Glencoe Insurance Ltd. is a corporation incorporated and existing under the laws of Bermuda and is, therefore, deemed to be a foreign citizen.

22. Upon information and belief, Lantana Insurance Ltd. is a corporation incorporated and existing under the laws of Bermuda and is, therefore, deemed to be a foreign citizen.

23. Upon information and belief, Stonington Lloyds Insurance Company is a corporation incorporated and existing

WILKERSON
HOZUBIN
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

Ivy et al. v. Stonington et al.
Notice of Removal
Page 6 of 9
Case 3:11-cv-00097-JWS   Document 1   Filed 05/04/11   Page 6 of 9

under the laws of the State of Texas, with its principal place of business in the State of Texas, and is, therefore, deemed to be a citizen of Texas.

24. Glencoe Group Claims Management Inc. merged into RenRe North America Inc. RenRe North America Inc. is a corporation incorporated and existing under the laws of the State of Delaware, with its principal place of business in the State of Texas, and is, therefore, deemed to be a citizen of Texas.

25. RenRe North America Inc. is a corporation incorporated and existing under the laws of the State of Delaware, with its principal place of business in the State of Texas, and is, therefore, deemed to be a citizen of Texas.

26. Claims Management Inc. is a corporation incorporated and existing under the laws of the State of Arkansas, with its principal place of business in the State of Arkansas, and is, therefore, deemed to be a citizen of Arkansas.

27. Upon information and belief, RenaissanceRe Holdings Ltd. is a corporation incorporated and existing under the laws of Bermuda and is, therefore, deemed to be a foreign citizen.

28. Upon information and belief, Davince Re is not a valid entity.

29. Upon information and belief, RenRe Energy Advisors is a wholly-owned subsidiary of RenaissanceRe Holdings Ltd.

WILKERSON
HOZUBIN
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

Ivy et al. v. Stonington et al.
Notice of Removal
Page 7 of 9
Case 3:11-cv-00097-JWS   Document 1   Filed 05/04/11   Page 7 of 9

30. Upon information and belief, ReRe Insurance is not a valid entity. It is a trade name.

31. Upon information and belief, RenaissanceRe Syndicate 1458 is not a valid entity.

32. Upon information and belief, Top Layer Re is not a valid entity.

33. Upon information and belief, Weaterpredict Consulting is not a valid entity.

34. ReRe Insurance Underwriters Inc. is a corporation incorporated and existing under the laws of the State of Delaware, with its principal place of business in the State of Texas, and is, therefore, deemed to be a citizen of Texas.

35. The amount in controversy in the above-entitled action, exclusive of costs and interest, exceeds $75,000. The Complaint was filed in Alaska Superior Court which, pursuant to A.S. 22.10.020 and A.S. 22.15.030, the Superior Court has jurisdiction in matters that exceed $100,000. Additionally, plaintiffs are seeking in excess of $100,000 of compensatory damages in their Complaint, and in excess of $100,000 in punitive damages.

WHEREFORE, defendant/removing party, Mattei Insurance Services Inc., respectfully requests that this action be removed from the Superior Court for the State of Alaska to the United States District Court for the District of Alaska.

WILKERSON
HOZUBIN
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

Ivy et al. v. Stonington et al.
Notice of Removal
Page 8 of 9
Case 3:11-cv-00097-JWS   Document 1   Filed 05/04/11   Page 8 of 9

DATED this 3rd day of May, 2011.

                          WILKERSON HOZUBIN
                          Attorneys for Defendant Mattei
                          Insurance Services, Inc.

                By:  /s/ Rebecca J. Hozubin
                      Rebecca J. Hozubin
                      AK Bar No. 9806016
                      Wilkerson Hozubin
                      310 K Street, Suite 405
                      Anchorage, AK  99501
                      (907) 276-5297 Telephone
                      (907) 276-5291 Facsimile

**CERTIFICATE OF SERVICE**
I hereby certify that on the
3rd day of May, 2011, a true
and correct copy of the foregoing
was electronically sent and mailed
to the following:

Lisa Rosano, Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage, AK   99501

WILKERSON HOZUBIN

By:___/s/ Rebecca J. Hozubin_____

9100/313/plead/Removal/Notice of Removal-Federal Court

Ivy et al. v. Stonington et al.
Notice of Removal
Page 9 of 9
Case 3:11-cv-00097-JWS   Document 1   Filed 05/04/11   Page 9 of 9