Rebecca J. Hozubin
Wilkerson Hozubin
310 K Street, Suite 405
Anchorage, AK 99501
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: rebecca@wilkersonlaw.net
AK Bar #9806016

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DEBORAH IVY and DEBORAH IVY, LLC, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| STONINGTON INSURANCE COMPANY, STONINGTON INSURANCE COMPANY INC., MATTEI INSURANCE SERVICES, INC., ECONOMICAL INSURANCE GROUP; NORTH STAR UNDERWRITING MANAGERS, INC., R.F. MATTEI & ASSOCIATES, INC., R.F. MATTEI & ASSOCIATES (ALASKA) INC., THE MATTEI COMPANIES, LLC; THE MATTEI COMPANIES, ACCORDIA, ACCORDIA OF ALASKA, INC., WELLS FARGO INSURANCE SERVICES OF ALASKA, INC., WELLS FARGO INSURANCE, INC., WELLS FARGO INSURANCE SERVICES USA, INC., GLENCOE-GROUP, GLENCOE INSURANCE, LTD., LANTANA INSURANCE LTD., STONINGTON LLOYDS INSURANCE COMPANY; GLENCOE GROUP CLAIMS MANAGEMENT INC.; RENRE NORTH AMERICA, INC., CLAIMS MANAGEMENT, INC.; RENAISSANCERE HOLDINGS LTD.; DAVINCE RE; RENRE ENERGY ADVISORS; RENRE INSURANCE; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

WILKERSON
HOZUBIN
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

RENAISSANCERE SYNDICATE 1458;    )
TOP LAYER RE; WEATERPREDICT      )
CONSULTING; RENRE INSURANCE      )
UNDERWRITERS INC.; JOHN DOES     )
I THROUGH X,                     )
                                 )
              Defendants.        )
_____  )   Case No. 3:11-cv-00097-JWS

## STIPULATION TO DISMISS WITH PREJUDICE

The parties, Deborah Ivy, Deborah Ivy, LLC, Mattei Insurance Services Inc., North Star Underwriting Managers Inc., R.F. Mattei & Associates, Inc., R.F. Mattei & Associates (Alaska) Inc., The Mattei Companies, LLC, The Mattei Companies, Acordia, Acordia of Alaska, Inc., Wells Fargo Insurance Services of Alaska Inc., Wells Fargo Insurance Inc., Wells Fargo Insurance Services USA, Inc., Glencoe Group Claims Management Inc., and Renre Insurance Underwriters Inc., through counsel, pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate and agree that any and all claims asserted, or that could have been asserted, by plaintiffs against defendants, are to be dismissed with prejudice, with plaintiffs and defendants to bear their own costs and attorney fees.

As of this date, Stonington Insurance Company, Stonington Insurance Company, Inc., Lantana Insurance Ltd., Stonington Lloyds Insurance Company, RenRe Insurance, RenRe North America, Inc., Economical Insurance Group, Glencoe-Group, and John Does I through X have not been served and,

WILKERSON
HOZUBIN
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

Ivy et al. v. Stonington et al.
Case No. 3:11-cv-00097-JWS
Page 2

Case 3:11-cv-00097-JWS   Document 16   Filed 06/23/11   Page 2 of 5

therefore, dismissal before Answer or appearance is appropriate.

As of this date, Glencoe Insurance Ltd., Claims Management Inc., RenaissanceRe Holdings, Ltd., DaVinci Re, RenRe Energy Advisors, RenaissanceRe Syndicate 1458, Top Layer Re, and WeatherPredict Consulting have allegedly been served, but have not appeared in this matter. Therefore, dismissal before Answer or appearance is appropriate as well.

WILKERSON HOZUBIN
Attorneys for Mattei Insurance Services, Inc., North Star Underwriting Managers Inc., R.F. Mattei & Associates, Inc., R.F. Mattei & Associates (Alaska) Inc., The Mattei Companies, LLC, The Mattei Companies, Glencoe Group Claims Management Inc., and RenRe Insurance Underwriters, Inc.

4/23/11
DATE

By: _____
Rebecca J. Hozubin
310 K Street, Suite 405
Anchorage, AK 99501
Phone: 907-276-5297
Fax: 907-276-5291
Email: rebecca@wilkersonlaw.net
AK Bar No. 9806016

WILKERSON HOZUBIN
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

Ivy et al. v. Stonington et al.
Case No. 3:11-cv-00097-JWS
Page 3

Case 3:11-cv-00097-JWS   Document 16   Filed 06/23/11   Page 3 of 5

```
                                    GUESS & RUDD
                                    Attorneys for Acordia, Acordia of
                                    Alaska, Inc., Wells Fargo
                                    Insurance Services of Alaska Inc.,
                                    Wells Fargo Insurance Inc., Wells
                                    Fargo Insurance Services USA, Inc.

6/23/11                             By: [signature]
DATE                                    Gary A. Zipkin
                                        510 L Street, Suite 700
                                        Anchorage, AK 99501
                                        Phone: 907-793-2200
                                        Fax: 907-793-2299
                                        Email: gzipkin@guessrudd.com
                                        AK Bar No. 7505048


                                    PHILLIP PAUL WEIDNER & ASSOCIATES
                                    Attorneys for Deborah Ivy and
                                    Deborah Ivy, LLC

6/23/11                             By: [signature]
DATE                                    Lisa Rosano
                                        330 L Street, Suite 200
                                        Anchorage, AK 99501
                                        Phone: 907-278-6571
                                        Fax: 907-276-1200
                                        Email: lrosano@weidnerjustice.com
                                        AK Bar No. 0511110
```

**WILKERSON HOZUBIN**
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

Ivy et al. v. Stonington et al.
Case No. 3:11-cv-00097-JWS
Page 4

Case 3:11-cv-00097-JWS   Document 16   Filed 06/23/11   Page 4 of 5

CERTIFICATE OF SERVICE
I hereby certify that on the
23rd day of June, 2011, a true
and correct copy of the foregoing
was served electronically sent
to the following:

Lisa Rosano, Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK  99501

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK   99501

WILKERSON HOZUBIN

By:   /s/Rebecca J. Hozubin

9100/313/plead/Stipulation to Dismiss with Prejudice 2

**WILKERSON HOZUBIN**
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

Ivy et al. v. Stonington et al.
Case No. 3:11-cv-00097-JWS
Page 5
Case 3:11-cv-00097-JWS   Document 16   Filed 06/23/11   Page 5 of 5