IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DEBORAH IVY and DEBORAH IVY, )
LLC,                          )
        Plaintiffs,            )
                               )
    vs.                        )
                               )
STONINGTON INSURANCE COMPANY, )
STONINGTON INSURANCE COMPANY  )
INC., MATTEI INSURANCE        )
SERVICES, INC., ECONOMICAL    )
INSURANCE GROUP; NORTH STAR   )
UNDERWRITING MANAGERS, INC.,  )
R.F. MATTEI & ASSOCIATES,     )
INC., R.F. MATTEI & ASSOCIATES)
(ALASKA) INC., THE MATTEI     )
COMPANIES, LLC; THE MATTEI    )
COMPANIES, ACCORDIA, ACCORDIA )
OF ALASKA, INC., WELLS FARGO  )
INSURANCE SERVICES OF ALASKA, )
INC., WELLS FARGO INSURANCE,  )
INC., WELLS FARGO INSURANCE   )
SERVICES USA, INC., GLENCOE-  )
GROUP, GLENCOE INSURANCE,     )
LTD., LANTANA INSURANCE LTD., )
STONINGTON LLOYDS INSURANCE   )
COMPANY; GLENCOE GROUP        )
CLAIMS MANAGEMENT INC.;       )
RENRE NORTH AMERICA, INC.,    )
CLAIMS MANAGEMENT, INC.;      )
RENAISSANCERE HOLDINGS LTD.;  )
DAVINCE RE; RENRE ENERGY      )
ADVISORS; RENRE INSURANCE;    )
RENAISSANCERE SYNDICATE 1458; )
TOP LAYER RE; WEATERPREDICT   )
CONSULTING; RENRE INSURANCE   )
UNDERWRITERS INC.; JOHN DOES  )
I THROUGH X,                  )
        Defendants.            )
_____)  Case No. 3:11-cv-00097-JWS

## **ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE**

THIS COURT, having reviewed the parties' Stipulation to Dismiss with Prejudice, hereby dismisses this matter in its entirety with prejudice, each party bearing its own costs and fees.

DATED this  24th  day of  June , 2011.

By:  s/JOHN W. SEDWICK
Honorable John W. Sedwick
U.S. District Court Judge

Ivy et al. v. Stonington et al.
Case No. 3:11-cv-00097-JWS
Page 2

Case 3:11-cv-00097-JWS   Document 17   Filed 06/24/11   Page 2 of 2